IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRUCE WILLIAMS and
CARL C. GILBERT, II,

    Plaintiffs,

v.

JOEL SHIRK, et al.

    Defendants.

ORDER

Case No. 24-cv-488-jdp

---

Plaintiffs Bruce Williams and Carl C. Gilbert, II, patients at Sand Ridge Secure Treatment Center in Mauston, Wisconsin, have filed a proposed civil action under 42 U.S.C. § 1983 alleging constitutional rights violations. Plaintiffs request leave to proceed without prepaying the filing fee.

This court uses one method to determine the indigency status of all institutionalized persons, even those like plaintiffs who are not subject to the Prison Litigation Reform Act. This method requires plaintiffs to submit a certified copy of a resident account statement for the *entire* six-month period immediately preceding the filing of the complaint.

A certified copy of the resident account statements for the six-month period preceding the complaint must be provided if plaintiffs intend to pursue their request to proceed without prepaying the filing fee. Because plaintiffs' complaint was submitted on July 18, 2024, the account statements should cover the period beginning approximately January 18, 2024 and ending approximately July 18, 2024. If plaintiffs fail to submit account statements by August 8, 2024, then I will assume plaintiffs wish to withdraw this action voluntarily.

ORDER

IT IS ORDERED that plaintiffs Bruce Williams and Carl C. Gilbert, II may have until August 8, 2024 to each submit a certified copy of a resident account statement for the period beginning approximately January 18, 2024 and ending approximately July 18, 2024.  If plaintiffs fail to respond to this order by August 8, 2024, then I will assume that plaintiffs wish to withdraw this action voluntarily.  In that event, the case will be dismissed without prejudice to plaintiffs refiling at a later date.

Entered this 18th day of July, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge