IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRUCE WILLIAMS and
CARL C. GILBERT, II,

       Plaintiffs,

       v.

JOEL SHIRK, et al.

       Defendants.

ORDER

Case No.  24-cv-488-jdp

---

Plaintiff Bruce Williams has submitted a certified copy of a resident account statement in support of a motion for leave to proceed without prepaying the filing fee.

After considering the motion and the supporting documentation, I conclude that plaintiff qualifies for indigent status.  Using information from the account statement for the six-month period preceding the filing of this case, I have determined that plaintiff owes an initial partial payment of $23.49.  For this case to proceed, plaintiff must pay this amount by August 19, 2024.

ORDER

IT IS ORDERED that:

1.     The motion by plaintiff Bruce Williams for leave to proceed without prepaying the filing fee is GRANTED.  Plaintiff is assessed an initial partial payment of $23.49.  Plaintiff must submit a check or money order payable to the clerk of court for $23.49 by August 19, 2024.  If plaintiff fails to make the payment or fails to show cause

why the payment could not be made, then I will assume that plaintiff wishes to withdraw from this case voluntarily.

Entered this 26th day of July, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge