IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRUCE WILLIAMS and
CARL C. GILBERT, II,

    Plaintiffs,

v.

JOEL SHIRK, et al.

    Defendants.

ORDER

Case No. 24-cv-488-jdp

Plaintiff Carl C. Gilbert, II has submitted a certified copy of a resident account statement in support of a motion for leave to proceed without prepaying the filing fee.

After considering the motion and the supporting documentation, I conclude that plaintiff qualifies for indigent status. Using information from the account statement for the six-month period preceding the filing of this case, I have determined that plaintiff owes an initial partial payment of $20.64. For this case to proceed, plaintiff must pay this amount by August 29, 2024.

ORDER

IT IS ORDERED that:

1. The motion by plaintiff Carl C. Gilbert, II for leave to proceed without prepaying the filing fee is GRANTED. Plaintiff is assessed an initial partial payment of $20.64. Plaintiff must submit a check or money order payable to the clerk of court for $20.64 by August 29, 2024. If plaintiff fails to make the payment or fails to show cause

why the payment could not be made, then I will assume that plaintiff wishes to withdraw from this case voluntarily.

Entered this 1st day of August, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge