IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRUCE WILLIAMS and CARL C. GILBERT, II,

          Plaintiffs,

    v.

JOEL SHIRK, RUSSELL HILL, CORY SMITH,         OPINION and ORDER
LORRIE SCHULTZ, NICK BALDWIN,
MICHEAL WINTHER, SHERRY CARPENTER,         24-cv-488-jdp
JANET STERKEN, BARBARA LEWIS,
MATTHEW DELMORE, and
(10) TO (30) JANE AND JOHN DOES,

          Defendants.

---

Plaintiffs Bruce Williams and Carl C. Gilbert, II, proceeding without counsel, are civil detainees confined at Sand Ridge Secure Treatment Center. Together they bring a civil rights complaint alleging that prison officials have conspired to separate them from each other and confiscate their mail at least in part because Gilbert assisted Williams with grievances and lawsuits. I dismissed their complaint under Federal Rule of Civil Procedure 8 because they named an exceedingly large number of defendants without explaining specifically what any of them did to harm them. Dkt. 14. I gave plaintiffs a chance to submit an amended complaint, but they have not done so. Accordingly, this case will be dismissed. *Paul v. Marberry*, 658 F.3d 702, 704–05 (7th Cir. 2011) (court should dismiss case for failure to state a claim upon which relief may be granted after plaintiff fails to correct a pleading that does not adequately state a claim).

ORDER

IT IS ORDERED that:

1.  This case is DISMISSED for plaintiffs' failure to state a claim upon which relief may be granted.

2.  The clerk of court is directed to enter judgment accordingly and close this case.

Entered June 16, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge

2